McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>NAHED MISHMISH,<br><br>　　　　　　　　Defendant. | CASE NO. 5:20-MJ-00042 JLT<br><br>ORDER UNSEALING COMPLAINT, ARREST WARRANT AND REDACTED AFFIDAVIT |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant, and redacted affidavit in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: November 4, 2020

_____
The Honorable Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

ORDER UNSEALING COMPLAINT