HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NAHED MISHMISH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAHED MISHMISH,<br><br>Defendant. | Case No. 1:20-cr-00210 DAD-BAM<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER<br><br>JUDGE:  Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Melanie Alsworth, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Nahed Mishmish, that defendant's conditions of release may be modified to permit Mr. Mishmish to leave his residence between the hours of approximately 8:00 PM on Tuesday, November 24, 2020, and 11:00 AM on the morning of Thursday, November 26, 2020. During these hours Mr. Mishmish shall stay with his wife, Jenny Mishmish, at the Courtyard by Marriott Hotel, located at 3601 Marriott Drive, in Bakersfield, California. The 8:00 PM time is an estimate, as Jenny is traveling from Arizona to

1  Bakersfield on November 24, and it is possible she may encounter unanticipated delays.

2      Nahed Mishmish is currently required to call in and leave a message with the Pretrial
3  Services Office every day at 4:00 AM, 10:00 AM, and at 9:00 PM. Mr. Mishmish will continue
4  to make these calls during the period of this modification. In addition, Mr. Mishmish will call in
5  and leave a message with the Pretrial Services Office when he leaves his residence during the
6  evening of November 24, 2020, and upon his arrival at the Courtyard by Marriott Hotel. Mr.
7  Mishmish shall also call in and leave a message with the Pretrial Services Office when he leaves
8  the Courtyard by Marriott Hotel during the morning of November 26, 2020, and upon his arrival
9  back at his residence. All other conditions of Mr. Mishmish's pretrial release shall remain in full
10 force and effect. Pretrial Services Officer Frank Guerrero does not object to the proposed
11 modification.

12     Based on the foregoing, the parties respectfully request that the Court modify Mr.
13 Mishmish's conditions of pretrial release to allow him to stay at the Courtyard by Marriott Hotel,
14 in Bakersfield, California, between the hours of approximately 8:00 PM on November 24, 2020,
15 and 11:00 AM on November 26, 2020.

17     Respectfully submitted,

18     McGREGOR W. SCOTT
    United States Attorney

19
20 Date: November 24. 2020     */s/ Melanie Alsworth*
    MELANIE ALSWORTH
    Assistant United States Attorney
21     Attorney for Plaintiff

27 ////////////

Mishmish: Stipulation to Modify Pretrial
Release Conditions; Proposed Order

|   |   |
|---|---|
| Date: November 24, 2020 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>NAHED MISHMISH |

# **O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies the Order Setting Conditions of Pretrial Release for Nahed Mishmish as set forth above.

IT IS SO ORDERED.

Dated:   **November 24, 2020**              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE