McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00210-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND THE DEFENDANT REGARDING PRODUCTION OF PROTECTED INFORMATION |
| NAHED MISHMISH, | |
| Defendant. | |

WHEREAS, the discovery in this case contains private, personal information regarding third parties, including but not limited to their names, dates of birth, social security numbers, and/or residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant, by and through his counsel of record, and the United States of America, by and through Assistant United States Attorney Melanie L. Alsworth, hereby agree and stipulate as follows:

1. The Court may enter a Protective Order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

STIPULATION AND PROTECTIVE ORDER         1

2. This Order pertains to all discovery provided to or made available to defense counsel as part of the discovery in this case (collectively referred to as "the discovery").

3. By signing this Stipulation and Protective Order, defense counsel agrees not to share any documents that contain Protective Information with anyone other than designated defense investigators, designated defense experts, and support staff.  Defense counsel may permit the defendant to review unredacted documents under the supervision of his attorneys, defense investigators, and/or support staff while in the office of defense counsel or in another location chosen by defense counsel.  The parties agree that defense counsel, designated defense investigators and support staff shall not allow the defendant to retain Protected Information contained in the discovery.  The parties agree that defense counsel, designated defense investigators and support staff may provide the defendant with copies of documents, if any, from which Protected Information has first been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense counsel will return the discovery to the Government or, alternatively, keep it archived within its sole possession at the conclusion of the case.

5. Defense counsel will store the discovery in a secure place and will use reasonable case to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense counsel shall be responsible for advising the defendant, employees and other members of the defense team and defense witnesses of the contents of this Stipulation and Protective Order.

///
///
///
///
///
///
///
///

STIPULATION AND PROTECTIVE ORDER        2

7. In the event that defendant substitutes counsel, undersigned defense counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: December 7, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MELANIE L. ALSWORTH
MELANIE L. ALSWORTH
Assistant United States Attorney

Dated: December 7, 2020

/s/ ALEKXIA L. TORRES
ALEKXIA L. TORRES
Counsel for Defendant

IT IS SO ORDERED.

Dated: **December 7, 2020**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE