1  **LAW OFFICE OF ALEKXIA TORRES STALLINGS**
   Alekxia Torres Stallings, SBN296418
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Fax: (661)326-0936
4  Email: lextorres@lawtorres.com

5  Attorney for:
   NAHED MISHMISH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NAHED MISHMISH,<br><br>　　　　Defendant | Case No.: 1:20-cr-00210-DAD-BAM<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE BARBARA A. MCAULIFFE AND MELANIE ALSWORTH, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, NAHED MISHMISH, by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requests that he be allowed to travel out of Maricopa County from May 19, 2021 through May 21, 2021.

　　Mr. Mishmish has informed my office that he would like to travel to Bakersfield, California to have an in-person meeting with his attorney. Mr. Mishmish will be traveling via airplane to Bakersfield, CA. Mr. Mishmish will be having an in-person meeting with his attorney, Alekxia Torres Stallings May 20, 2021, 9am at 1318 K Street Bakersfield, CA 93301. The defendant intends on leaving at approximately 11:20 a.m. and will be arriving in

Bakersfield, CA he will arrive to Meadows Field airport in Bakersfield, CA and directly drive to his brother's residence, which is located at 5816 Turquoise Ridge Drive Bakersfield, CA 93312.

Mr. Mishmish has been following all the terms of his supervised release. He is scheduled for a status conference hearing on June 9, 2021.

I have spoken to AUSA Melanie Alsworth and she has no objection to allowing the defendant to travel to Bakersfield, California. The court should note that Mr. Mishmish will be away from his residence and off the monitor. Moreover, Pre-Trial Services officer Alex Wamboldt has been notified of Mr. Mishmish's intent to file this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 7, 2021  /s/ *Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
NAHED MISHMISH

DATED: May 7, 2021  /s/ *Melanie Alsworth*
MELANIE ALSWORTH
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that defendant be allowed to travel to Bakersfield, California from May 19, 2021 through May 21, 2021.

IT IS SO ORDERED.

Dated: **May 11, 2021**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Summary of Pleading - 2