LAW OFFICE OF ALEKXIA TORRES STALLINGS
Alekxia Torres Stallings, State Bar No 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
NAHED MISHMISH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

NAHED MISHMISH,

        Defendants.

**Case No.  1:20-cr-00210-DAD-BAM**

**<u>STIPULATION AND ORDER TO
REMOVE THE LOCATION
MONITORING CONDITION</u>**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA

A MCAULIFFE AND MELANIE ALSWORTH ASSISTANT UNITED STATES ATTORNEY:

      **COMES NOW** Defendant, NAHED MISHMISH, by and through his attorney of record,

ALEKXIA TORRES STALLINGS, and at the request of Pretrial Services, hereby moves that the

court amend the conditions of release.

On November 9, 2020. Mr. Mishmish was ordered release on several Pretrial conditions and a

property bond. Conditions of release, to wit, "Participate in the Location Monitoring Program and

abide by all of the requirements of the program, under the direction of Supervising, Agency,

which will include a location monitoring bracelet". Pretrial Services has advised that the

defendant has complied with his conditions of release over the last six months without any

violations or incidents reported.  Counsel is seeking to remove defendant's location monitoring

condition, and Pretrial Services agrees with this request. All prior orders are to remain in full

force and effect.

1       AUSA Melanie Alsworth has no objection to the amendment of the condition. I have also

2  been in contact with Pretrial Services Officer Alex Wamboldt and he has no objection to amending

3  said condition.

4

5

6       **IT IS SO STIPULATED.**

                                             Respectfully Submitted,

  DATED: June 1, 2021                      ***/s/ Alekxia Torres Stallings***

7                                            ALEKXIA TORRES STALLINGS

8                                            Attorney for Defendant

9                                            NAHED MISHMISH

10  DATED: June 1, 2021

11                                        ***/s/ Melanie Alsworth***

                                      MELANIE ALSWORTH

12                                        Assistant U.S. Attorney

13

14                                    **<u>ORDER</u>**

15

16       **IT IS SO ORDERED** that Nahed Mishmish's Pretrial Supervision be amended and his

17  location monitor be removed. Mr. Mishmish must abide by all the conditions of his conditions of

18  his release.

19

20

21

22  Date:                                  *Sheila K. Oberto*

23                                    United States Magistrate Judge

24

25

26

27

28