**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
NAHED MISHMISH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAHED MISHMISH,<br><br>Defendant | Case No.: 1:20-cr-00210-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE MAGISTRATE JUDGE BARBARA A. MCAULIFFE AND JEFFREY A. SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Nahed Mishmish, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the status conference hearing currently set for, Wednesday May 11, 2022, be continued to Wednesday September 28, 2022.

There are several remaining issues which counsel must investigate. In addition, time is needed to negotiate a plea agreement. This investigation is ongoing, though has been hampered by the COVID-19 pandemic and attendant restrictions on travel and meeting in person. Counsel for the defendant believe that a failure to grant the requested continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due

1  diligence. I have spoken to AUSA Jeffrey Spivak, and he has no objection to continuing the
2  status conference hearing.
3      The parties also agree the delays resulting from the continuance shall be excluded in the
4  interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1), and that the ends of
5  justice served by continuing the case as requested outweigh the interest of the public and the
6  defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose
7  of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must
8  commence, the time period of May 11, 2022, to September 28, 2022, inclusive, is deemed
9  excludable.  Nothing in this stipulation and order shall preclude a finding that other provisions of
10  the Speedy Trial Act dictate that additional time periods are excludable from the period within
11  which a trial must commence.
12      **IT IS SO STIPULATED.**

13      Respectfully Submitted,

14  DATED: 5/5/2022      */s/ Alekxia Torres Stallings*
15      ALEKXIA TORRES STALLINGS
       Attorney for Defendant
16      Nahed Mishmish

17

18  DATED: 5/5/2022      */s/Jeffrey A. Spivak*
       Jeffrey A. Spivak
19      Assistant U.S. Attorney

20

21

22

23

24

25

**ORDER**

IT IS SO ORDERED that the status conference is continued from May 11, 2022, to **September 28, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 5, 2022**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE