PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>                        v.<br><br>NAHED MISHMISH,<br>                                    Defendant. | CASE NO.  1:20-CR-00210-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 28, 2022<br>TIME: 1:00 p.m.<br>COURT:  Hon. Barbara A. McAuliffe |

       This case is set for status conference on September 28, 2022.  As set forth below, the parties now move, by stipulation, to continue the status conference to February 8, 2023, and to exclude the time period between September 28, 2022 and February 8, 2023 under the Speedy Trial Act.  The parties believe that this one last continuance will allow the parties sufficient time to resolve the case.  If the case does not resolve by February 2023, the parties will be prepared to set trial at the February 8, 2023 hearing.

## STIPULATION

       Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

       1.       By previous order, this matter was set for status on September 28, 2022.

       2.       By this stipulation, defendant now moves to continue the status conference until February 8, 2023, and to exclude time between September 28, 2022, and February 8, 2023, under Local Code T4.

       3.       The parties agree and stipulate, and request that the Court find the following:

a)      In January 2022, the undersigned government counsel substituted into this case.

b)      The government has represented that the discovery associated with this case is voluminous and includes large amounts of digital forensic evidence, financial records, reports, and extensive other evidence.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c)      Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to discuss potential resolution with government counsel, to evaluate potential pretrial motions.  The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2022 to February 8, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 21, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney


Dated:  September 21, 2022

/s/ Alekxia Stallings
Alekxia Stallings
Counsel for Defendant
Najed Mishmish


### **ORDER**

IT IS SO ORDERED that the status conference is continued from September 28, 2022, to **February 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court intends to set a trial date at the next status conference.  If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.


IT IS SO ORDERED.

Dated:   **September 22, 2022**          /s/ _Barbara A. McAuliffe_

UNITED STATES MAGISTRATE JUDGE