PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00210-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| NAHED MISHMISH, | DATE: February 8, 2023 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is set for status conference and trial setting conference on February 8, 2023.

As set forth below, the parties now request, by stipulation, that the Court vacate the February 8, 2023 status conference, set the matter for a jury trial on August 29, 2023 at 8:30 am before the Honorable Ana De Alba, and to exclude the time period between February 8, 2023 and August 29, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 8, 2023.

2. By this stipulation, defendants now move to vacate the status conference, set a jury trial for August 29, 2023, and to exclude time between February 8, 2023, and August 29, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) In January 2022, the undersigned government counsel substituted into this case.

    b) The government has represented that the discovery associated with this case is voluminous and includes large amounts of digital forensic evidence, financial records, reports, and extensive other evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    c) Counsel for defendant desires additional time consult with his/her client, to review the current charges, to conduct further investigation and research related to the charges, to review discovery, to discuss potential resolution with government counsel, to evaluate potential pretrial motions. The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 8, 2023 to August 29, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  February 1, 2023

/s/ Alekxia Torres Stallings
Alekxia Torres Stallings
Counsel for Defendant
Najed Mishmish

### **ORDER**

IT IS SO ORDERED that the status conference set for February 8, 2023, is vacated. A jury trial is set for **August 29, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Estimated time of trial is **5 days**. A trial confirmation is set for **August 14, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:  **February 1, 2023**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE