PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAHED MISHMISH,<br><br>Defendant. | CASE NO. 1:20-CR-00210-ADA-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT, TO VACATE TRIAL, AND SET CHANGE OF PLEA; ORDER<br><br>DATE: August 29, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Ana De Alba |

This case is set for jury trial on August 29, 2023. As set forth below, the parties now move, by stipulation, to vacate the trial confirmation and trial date and set this matter for change of plea on October 10, 2023, and to exclude the time period between August 29, 2023 and October 10, 2023 under the Speedy Trial Act.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on August 29, 2023.

2. Defendant and government counsel have reached a resolution of the case and intend to file a plea agreement in the next few weeks. The parties are finalizing a restitution calculation and researching one final sentencing issue, and need a bit more time to address that issue.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1       3.      By this stipulation, defendant now moves to set the matter for change of plea on October 10, 2023, and to exclude time between August 29, 2023, and October 10, 2023, under Local Code T4.

      4.      The parties agree and stipulate, and request that the Court find the following:

      a)      The parties have reached a resolution and need additional time to address two items, finalize and file the plea agreement, and prepare for the change of plea hearing.

      b)      The government has represented that the discovery associated with this case is voluminous and includes many thousands of pages of documents, financial records, witness interviews, investigative reports, and other evidence.  This is a large scale financial fraud case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      c)      Counsel for defendant desires additional time to consult with his/her client, review the charges, conduct investigation and research, review discovery and discuss potential issues with newly substituted government counsel, and prepare for the change of plea hearing.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 29, 2023 to October 10, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT     2

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 21, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated:  July 21, 2023

/s/ Alekxia Stallings
Alekxia Stallings
Counsel for Defendant Nahed Mishmish

IT IS SO ORDERED.

Dated:   July 26, 2023

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3