**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
Alekxia Torres Stallings, SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: lextorres@lawtorres.com

Attorney for:
NAHED MISHMISH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAHED MISHMISH,<br><br>Defendant | **Case No.:** 1:20-cr-00210-NODJ-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND JEFFREY SPIVAK, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, NAHED MISHMISH, by and through his attorney of record, ALEKXIA TORRES STALLINGS, hereby requesting that the sentencing hearing currently set for Monday May 7, 2024, at 8:30 am, be continued to Monday August 26, 2024, at 8:30 a.m.

Counsel is requesting the continuance due to scheduling unavailability on the date of Monday May 7, 2024. Additionally, defense counsel needs more time to secure a risk assessment to be used for mitigation purposes in the defendant's sentencing statement. I have spoken to AUSA Spivak, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1) and (IV) because it

1 results form a continuance granted by the Court at defendant's request on the basis of the Court's
2 finding that the ends of justice served by taking such action outweigh the best interest of the
3 public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 22, 2024                  */s/ Alekxia Torres Stallings*
                                        ALEKXIA TORRES STALLINGS
                                        Attorney for Defendant
                                        NAHED MISHMISH

DATED: April 22, 2024                  */s/ Jeffrey Spivak*
                                        JEFFREY SPIVAK
                                        Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Sentencing Hearing that is currently set for May 7, 2024, be continued to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **April 22, 2024**                  /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE